Kathyleen A. O'Brien (SBN 94218)
kobrien@reedsmith.com
Rachel A. Rubin (SBN 263753)
rrubin@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: 310.734.5200
Facsimile: 310.734.5299

JS-6

Attorneys for Plaintiff
FOREVER 21, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREVER 21, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>APPAREL WEB LLC, a California Limited Liability Company, also doing business as APPAREL SHOWROOM, APPAREL SHOWROOM DOT COM, APPAREL SHOWROOM.COM, INC., and WWW.APPARELSHOWROOM. COM,<br><br>                    Defendant. | No.: CV10-00804-VBF(Ex)<br><br>**STIPULATED FINAL JUDGMENT FOR ISSUANCE OF PERMANENT INJUNCTION** |

US_ACTIVE-104612094

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    The Court, having considered all papers and pleadings on file in this
2  action, including the parties' Stipulation for Re Settlement of Action and For Entry of
3  Final Judgment of Permanent Injunction and [Proposed] Order Thereon, and having
4  determined that the parties having stipulated to the entry of final judgment,

6    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

8    1.    Defendant Apparel Web LLC, also doing business as Apparel
9  Showroom, Apparel Showroom Dot Com, Apparel Showroom.com, Inc., and
10  www.apparelshowroom.com, and all of its agents, employees, officers, attorneys,
11  representatives and all other persons acting in concert or participation with them or at
12  Apparel Web LLC's direction, and each of them (hereinafter, individually and
13  collectively, "Apparel Web" or "the Apparel Web Defendants"), are permanently
14  enjoined from ever doing, attempting, or causing to be done, whether directly or
15  indirectly, by any means, method, or device whatsoever, the following:

17    (a)    The import, export, manufacture, reproduction, assembly,
18  acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution,
19  storage, shipment, marketing, advertising or promotion of any Forever 21
20  product, unless Apparel Web is first authorized to do so in writing by an officer,
21  director or managing agent of Forever 21, Inc. ("Forever 21").

23    (b)    The import, export, manufacture, reproduction, assembly,
24  acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution,
25  storage, shipment, marketing, advertising or promotion of any product which
26  infringes any of the Forever 21 Designs identified in **Attachment A** hereto, or
27  in any written update to **Attachment A** provided to Apparel Web to Forever 21,
28  or any copyright which Forever 21 notifies Apparel Web in writing is a

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  registered copyright of Forever 21 which Apparel Web is not authorized to use

2  (individually and collectively, "Forever 21 Copyright");

3

4        (c)    The import, export, manufacture, reproduction, assembly,

5  acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution,

6  storage, shipment, marketing, advertising or promotion of any product which

7  infringes any Forever 21 trademark and/or trade name identified in

8  **Attachment B** hereto, or in any written update to **Attachment B** provided to

9  Apparel Web by Forever 21, or any trademark which Forever 21 notifies

10 Apparel Web in writing is a trademark of Forever 21 which Apparel Web is not

11 authorized to use (individually and collectively, "Forever 21 Trademark");

12

13       (d)    The infringing use, in any manner whatsoever, of any Forever 21

14 Copyright or any Forever 21 Trademark, including, specifically, as follows:

15

16       (i)    on or in conjunction with any product; and

17

18       (ii)    in, on or in conjunction with any advertising, promotional

19 materials, labels, hangtags, packaging, websites or other internet materials.

20

21       2.    If Apparel Web, or any of its agents, employees, officers, representatives

22 or other persons acting in concert or participation with them, or at Apparel Web's

23 direction, breach any of the terms of this Stipulated Final Judgment for Entry of

24 Permanent Injunction (the "Stipulated Permanent Injunction"), Forever 21 shall have

25 the right to recover sanctions against Apparel Web including, but not limited to,

26 sanctions for contempt of court.

27

28

**REED SMITH LLP**
A limited liability partnership formed in the State of Delaware

3.      If Forever 21 so elects, in lieu of recovering compensatory damages from Apparel Web for breach of this Stipulated Final Judgment, it shall recover from the Apparel Web liquidated damages in the amount of One Hundred Thousand Dollars ($100,000.00) for each incident or occurrence which constitutes a breach of this Stipulated Final Judgment.  For purposes of this Stipulated Final Judgment, among other things, each sale or use by or on behalf of Apparel Web of any of the Forever 21 Designs or the Forever 21 Trademarks identified in **Attachment A** and/or **Attachment B** of this Agreement or any written updates to those schedules provided to Apparel Web by Forever 21 shall constitute a separate incident or occurrence.

4.      Forever 21 shall recover from Apparel Web all attorneys' fees and costs incurred in seeking enforcement of this Stipulated Final Judgment and/or in seeking any remedy based upon the failure of Apparel Web to comply herewith.

5.      This is a Final Judgment and is enforceable upon entry.  The parties have waived findings of fact, conclusions of law, a statement of decision, and any right to set aside this Judgment, appeal herefrom, seek a new trial, or otherwise contest the validity of this Judgment in any way whatsoever.

6.      Service on counsel for Apparel Web or any then current member, manager or officer of Apparel Web of a copy of this Judgment shall constitute notice to Apparel Web.

Dated: **February 3, 2011**

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT COURT JUDGE

STIPULATED FINAL JUDGMENT FOR ISSUANCE OF PERMANENT INJUNCTION

1  Presented by:

2  REED SMITH LLP

3

4  By _____

5       Kathyleen A. O'Brien
        Attorneys for Plaintiff
6       FOREVER 21, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED FINAL JUDGMENT FOR ISSUANCE OF PERMANENT INJUNCTION

# ATTACHMENT A

**ATTACHMENT A**

**FOREVER 21 DESIGNS**
**SCHEDULE AND IMAGES OF COPYRIGHTS**

| Title of Work | Reg. No. | Reg. Date | Description: Graphic Design |
|---|---|---|---|
| TWDI01 | VA 1-693-087 | Dec. 16, 2009 | Disco shoes graphic design |
| TWAB02 | VA 1-693-089 | Dec. 16, 2009 | Hippo ballerina graphic design |
| TWBA01 | VA 1-693-093 | Dec. 16, 2009 | Tights/ballet shoes graphic design |
| TWDI02 | VA 1-693-096 | Dec. 16, 2009 | Corset graphic design |
| TBFA01 | VA 1-693-097 | Dec. 16, 2009 | Lips graphic design |

# ATTACHMENT B

**ATTACHMENT B**
**SCHEDULE OF TRADEMARKS**

| Registered Trademarks | Reg. No. | Reg. Date |
|---|---|---|
| FOREVER 21 | 2,583,457 | June 18, 2002 |
| FOREVER 21 | 2,836,546 | April 27, 2004 |
| FOREVER 21 | 2,913,132 | December 21, 2004 |
| FOREVER 21 | 2,067,637 | June 3, 1997 |
| XXI | 2,873,174 | August 17, 2004 |
| XXI | 2,914,810 | December 28, 2004 |
| XXI | 2,842,184 | May 18, 2004 |
| HERITAGE 1981 | 3,447,097 | June 10, 2008 |
| FORLOVE21 | 3,140,565 | September 5, 2006 |
| FORLOVE21 | 3,140,561 | September 5, 2006 |
| LOVE & BEAUTY | 3,794,963 | May 25, 2010 |
| LOVE 21 | 3,775,903 | April 13, 2010 |
| TWELVE BY TWELVE | 3,518,050 | October 14, 2008 |
| FOREVER STATIONERY | 3,689,946 | September 29, 2009 |
| FOREVER XXI | 2,889,536 | September 28, 2004 |
| FOREVER XXI | 2,940,346 | April 12, 2005 |
| FASHION 21 | 2,848,238 | June 1, 2004 |

**Common Law Trademarks**

TWENTY ONE and Bird Design

XXI and Bird Design

21

US_ACTIVE-104583220.1

**<u>Common Law Trademarks</u>**

I ♥ H81

F21

HTG81

FAITH 21

I LOVE H81

2.1 DENIM

LIFE IN PROGRESS

JOY21

PEACE 21

21 MEN

TWENTYONE MEN

SOPHIE & ME

CEREAL

US_ACTIVE-104583220.1